# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Wm. Henry, Jr.

Plaintiff

v.

Rob Mundt, Warden

Defendants

Case No. Civil 01-957 PAM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's amended petition seeking habeas corpus is summarily dismissed with prejudice.

DATE: August 13, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk